472 A.2d 615

**Joann DAMBACHER, a Minor, by her Parents and Natural Guardians, William J. and Joann DAMBACHER, and Joann Dambacher in her own right, Appellants,**

**v.**

**COMMERCIAL UNION ASSURANCE COMPANIES, Appellee.**

Supreme Court of Pennsylvania.

Argued March 8, 1984.

Decided March 9, 1984.

Gustine J. Pelagatti, Philadelphia, for appellants.

David M. McCormick, Thomas J. Finarelli, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 9th day of March 1984, appellant's oral motion for leave to amend her pleading to conform to Pa.R.C.P. 1007 is granted and the record is remanded to the Court of Common Pleas of Philadelphia for a jury trial, as requested by appellee. Such trial shall be expedited.